# UNITED STATES of America, Plaintiff–Appellee,

v.

# Marcial CARRANZA–VILLEGAS, Defendant–Appellant.

## No. 02–21166.
## Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marcial Carranza–Villegas, Oakdale, LA, pro se.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

PER CURIAM: *

Counsel appointed for Marcial Carranza–Villegas ("Carranza") has filed a motion for leave to withdraw and a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Carranza has submitted two responses to counsel's brief, moving in one to proceed pro se on appeal and, in the other, for the appointment of new counsel. Carranza's motions are DENIED.

Our independent review of counsel's brief, Carranza's responses, and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.